**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; and INTERSCOPE RECORDS, a California general partnership,

    Plaintiffs,

Case No.: 1:06-cv-00177-SPM-AK

v.

DREW ANDREWS,

    Defendant.

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs' Application For Default Judgment By The Court is hereby granted.

2. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the nine sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

3. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Five Hundred Fifty Dollars ($550.00).

4. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Hate Me Now," on album "I Am," by artist "Nas" (SR# 175-149);
- "Old Time Rock & Roll," on album "Stranger in Town," by artist "Bob Seger" (SR# 5-591);
- "Californication," on album "Californication," by artist "Red Hot Chili Peppers" (SR# 174-922);
- "Two People Fell in Love," on album "Part II," by artist "Brad Paisley" (SR# 298-930);
- "Far Behind," on album "Candlebox," by artist "Candlebox" (SR# 171-393);
- "No Scrubs," on album "Fanmail," by artist "TLC" (SR# 298-454);
- "This Shirt," on album "State Of The Heart," by artist "Mary Chapin Carpenter" (SR# 105-407);
- "Black Balloon," on album "Dizzy Up the Girl," by artist "Goo Goo Dolls" (SR# 246-538);
- "I'm Back," on album "The Marshall Mathers LP," by artist "Eminem" (SR# 287-944);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)

("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

     DONE AND ORDERED this 23rd day of February, 2007.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         United States District Judge